AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY



FILED SEP 2 5 2023
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| United States District Court | District: | 2:23-CV-00637 |
|---|---|---|
| Name (under which you were convicted): Jazme Luevano | Docket or Case No.: Pending |
| Place of Confinement: Hughes unit 3201 FM 929 - Gatesville, Tx. 76597 | Prisoner No.: 1655791 |
| Petitioner (include the name under which you were convicted) Jazme Luevano Family members in General - et | v. | Respondent (authorized person having custody of petitioner) C.I.A. Podcast in D.C., C.I.A. in General in VA., Texas Crimes ring mobs inc. et. al., Drones, Satellites, etc..., Beams - Rays, Force Entry |
| The Attorney General of Garland U.S. | | |

**PETITION**

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
    Computer Database " " " " " " " " " " " " " " " "

    (b) Criminal docket or case number (if you know): " " " "

2.  (a) Date of the judgment of conviction (if you know): " " " "

    (b) Date of sentencing: " " " "

3.  Length of sentence: -- " " " "

4.  In this case, were you convicted on more than one count or of more than one crime? ☒ Yes ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case: Computer Database
    " " " " " " " " " " " " " " " " " " " " " " " " " " " "

6.  (a) What was your plea? (Check one)
    ☒ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
    ☐ (2) Guilty        ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☒ Yes    ☐ No

    (7) Result: _Computer DataBase_

    (8) Date of result (if you know): _" " " "_

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:    ☒ Yes    ☐ No

    (2) Second petition:    ☒ Yes    ☐ No

    (3) Third petition:    ☒ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_Computer DataBase_
_" " " "_

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** _C.I.A. Podcast in D.C. of William (Bill) Burns_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_C.I.A. in D.C. of Public Affairs 2050s as Request for U.S. Dist. Judges of Virginia to compel the C.I.A. to put my case in the C.I.A. Podcast – and – the compel orders for an Investigation of U.S. Supreme Judge Thomas Special Dinners_

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _Computer Data Base_
_" " " "_
_" " " "_

**GROUND TWO:** _C.Z.A. in the state of Virginia that fails to reply to any_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_Both C.Z.A. in washing D.C. — a — Virginia state fail to reply back to any information send to them? there no kind of any letter etc... that we got your letter etc... This C.Z.A. that has been file in your state of Virginia back in El Paso Texas 2007 – 2010 etc... Crimes on-going non-stop?_

(b) If you did not exhaust your state remedies on Ground Two, explain why: 

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision: _____ Computer DATABASE

Result (attach a copy of the court's opinion or order, if available): " " " "
" " " "
" " " "

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No
(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Computer DataBase
" " " "

Docket or case number (if you know): " " " "

Date of the court's decision: " " " "

Result (attach a copy of the court's opinion or order, if available): " " " "
" " " "
" " " "

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
" " " "
" " " "
" " " "
" " " "

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: on Computer DataBase
" " " " "
" " " " "
" " " " "

**GROUND THREE:** U.S. Supreme clerks Judges Both on Crimes in General From Lisa Turbot to Thomas

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

As Thomas in Special Dinners in Dallas that's where the Roa vs. Wade was From - Lets see the List this guest list-Log- etc... names of All who conspire to this Dinner plus other dinners - Jets choppers etc... But will not (Examine) Review my case But keep Deny cases using clerks to Deny Expose Pictures, Cameras of Dinners Quests? Access?

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Compcten DataBase " " " "
" " " "

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: Compcten DataBase " " " "
" " " "

**GROUND FOUR:** Fifth (5th) Circuit clerk from Monica R. Washington U.S. Circuit Judges

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
As Circuit Judge of the Fifth (5th) Circuit In A Ring Mob Inc. Due to cover-up the Texas U.S. Dist court - As Investigation will show - & Reveal that Texas Judges working in New Orleans LA. From Houston to San Ant. to Austin the chief Power more than Half Texas Circuit Judges to Bribe clerks not file?

(b) If you did not exhaust your state remedies on Ground Four, explain why:
Have try to get U.S. Supreme court to compel filings on Appeals of Circuit of Fifth (5th) But Supreme courts Bribe (charges) clerks to not file my case - As Expose Dianear of Thomas U.S.

(c) **Direct Appeal of Ground Four:** in Dallas Tx.

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
   ☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Again To Compel C.Z.A. Podcast to put my CASE in this Podcast of C.Z.A. Compel orders to C.Z.A. why no Kind of Telephone Hearings -or- Any Kind of Interview By C.Z.A. As Crimes in State Courts using Federal Funds of peoples Tax Dollars use to keep An Innocent man in Prison As some Have Been put in Federal Prison And Already came out of Federal Prison my CASE is not moving Due to U.S. Texas Judges (Lying)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that: Making FRAUD ORDERS By U.S. Tx. courts! Pen Tx.

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

U.S. Supreme Court Judge Thomas making Special

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

Dinner over to Jets - chopPers - the Newest

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

In Dallas the same Judges in the Fifth

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(5th) Circuit

Crimes of Exparte communications In General?

AO 241 (Rev. 09/17)

 (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: To Do Compel order And Forward Copy to C.I.A. Officer in Virginia DNA REtesting is not Being done Acc to Lost DNA

or any other relief to which petitioner may be entitled. see Attach copies of the Fifth (5th) Circuit Clerks Monica Washington etc... (Lying) Pentung not to File appeals of Texas U.S. Courts ??

_N/A_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _Sept. 18_ (month, date, year). 2023

Attach 2 two copies of Fifth Circuit clerk will not File?

* Return All Documents please. Thanks again *

Executed (signed) on _Sept. 18_ (date). 2023

U.S. Kings mobs of Texas Judges of Fifth Circuit (5th) to U.S. Supreme courts?

_Jaime Luevano_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.